IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983

Action Number **3:22 CV 83**
(To be supplied by the Clerk, U.S. District Court)

Please fill out this complaint form completely. The Court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

I. **PARTIES**

A. Plaintiff:

1. (a) *George E. Rainey* (b) *1889801*
   (Name) (Inmate number)

   (c) *Haynesville Correctional*
   (Address)

   *P.O. Box 129 Haynesville Va. 22472*

**Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.**

**Plaintiff is advised that only persons acting under the color of state law are proper defendants under Section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as attorneys and other inmates may not be sued under Section 1983. In addition, liability under Section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens, and sheriffs are not liable under Section 1983 when a claim against them rests solely on the fact that they supervise persons who may have violated your rights. In addition, prisons, jails, and departments within an institution are not persons under Section 1983.**

B. Defendant(s):

1. (a) *Attorney Vincent Ventura* (b) _____
   (Name) (Title/Job Description)

   (c) _____
   (Address)

2

2. (a) _____ (b) _____
         (Name)                      (Title/Job Description)

   (c) _____
         (Address)

   _____

3. (a) _____ (b) _____
         (Name)                      (Title/Job Description)

   (c) _____
         (Address)

   _____

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

**Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve the complaint. If plaintiff does not provide a physical address for a defendant, that person may be dismissed as a party to this action.**

II.  **PREVIOUS LAWSUITS**

A.  Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?   Yes [ ]   No [X]

B.  If your answer to "A" is Yes: You must describe any lawsuit, whether currently pending or closed, in the space below. If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.

   1.  Parties to previous lawsuit:

   Plaintiff(s) *George E. Rainey*
   Defendant(s) *Attorney Vincent Ventura II*

   _____

   2.  Court (if federal court, name the district; if state court, name the county):

   *~~Portsmouth Circuit Court~~*

   3.  Date lawsuit filed: _____

   4.  Docket number: _____

3

5. Name of Judge to whom case was assigned: _____

_____

6. Disposition (Was case dismissed? Appealed? Is it still pending? What relief was granted, if any?) :

_____

_____

### III. GRIEVANCE PROCEDURE

A. At what institution did the events concerning your current complaint take place: _____

_____

B. Does the institution listed in "A" have a grievance procedure? Yes [ ]  No [ ]

C. If your answer to "B" is Yes:

    1. Did you file a grievance based on this complaint? Yes [ ]  No [ ]

    2. If so, where and when: _____

    3. What was the result? _____

_____

    4. Did you appeal? Yes [ ]  No [ ]

    5. Result of appeal: _____

_____

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities? Yes [ ]  No [ ]

If your answer is Yes, what steps did you take? _____

_____

E. If your answer is No, explain why you did not submit your complaint to the prison authorities:

_____

_____

4

## IV. STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

1) George E. Rainey Pay Vincent Venture II $1,200.00 to help me get a bond when the Circuit Court get a new trial, he toll me that he Charge $7,000.00 I pay him $2,000.00 I Could Come up with the $5,000.00 So he went to Court before the trial get on the way he toll the Judg that he was get off my Case because I did have $5,000.00 for the rest of the Case he never did anything for my $2,000.00. I wrote the Bar that I pay him $4,250.00 I never pay him $4,250.00, I Sent Some paper to the Bar but they never Sent it Back he lie Just like Some them in here with me he did the Samething with all I want is my $2,000.00 back look the Case no up and See that he did do anything Case no ~~~~~ George E. Rainey CR17000984-00, I don't have the pre pay fees I will Pay the fees when I am out of Jail when we went for a grant Junct trial that when he back out

## V. RELIEF

I understand that in a Section 1983 action the Court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. _____ (please initial)

The plaintiff wants the Court to: (check those remedies you seek)

_____ Award money damages in the amount of $ *12,000.00*

_____ Grant injunctive relief by _____

_____ Other _____

## VI. PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

*Haynesville Correctional Center*
*P.O. Box 129*
*Haynesville, Va. 22472*

## VII. CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

**Do you consent to proceed before a U.S. Magistrate Judge:** Yes [✓] No [ ]. You may consent at any time; however, an early consent is encouraged.

## VIII. SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this *28* day of *Jan*, 20 *22*.

Plaintiff *George Edward Rainey*

6